# EXHIBIT B

## US7574103 – Claim 67 as applied to Adobe Premiere Pro CC and Encore

67. A computing platform comprising a storage medium storing thereon computer executable instructions which when executed by the computing platform perform the steps of: defining a plurality of components, the components implicitly representing functional sections of audio-visual content with respect to one or more raw content objects for use in an audio-visual product, and a plurality of transitions that represent movements between the plurality of components; automatically expanding the plurality of components and the plurality of transitions to automatically generate a set of explicitly realised AV assets and an expanded intermediate datastructure of nodes and links, including expanding a component of the plurality of components to automatically generate a plurality of nodes, and expanding a transition of the plurality of transitions to automatically generate a plurality of links, where each node is associated with an AV asset of the set, the links represent movement from one node to another and the intermediate datastructure represents a navigational structure of the audio-visual product; and creating the audio-visual product for a playback device in a predetermined output format, using the AV assets and the expanded intermediate datastructure of the nodes and the links, the created audio-visual product having a navigational structure corresponding to a structure represented by the intermediate datastructure.

**Working with Encore and Premiere Pro**

Using Adobe Encore CS6 and Adobe Premiere Pro, you can burn a single sequence to DVD or Blu-ray Disc. You can burn each sequence in your project to a separate DVD or Blu-ray Disc. First, add all the content you want to include on a disc into a sequence. After you edit the sequence, perform the following tasks:

Note: To use Encore CS6 with Premiere Pro CC, see the following resources:

• Installing Premiere Pro CC and Encore CS6
• Using Encore CS6 with Premiere Pro CC
• Encore CS6 not installed with Creative Cloud

Source: https://helpx.adobe.com/pdf/premiere_pro_reference.pdf Page 142 of 628

**Premiere Pro system requirements**

The recommended system specifications below are the best choice for users. Your system must meet minimum specifications to run Premiere Pro.

|  | Minimum Specifications | Recommended Specifications |
|---|---|---|
| RAM | 8 GB of RAM | 16 GB of RAM for HD media<br>32 GB for 4K media or higher |
| Hard disk space | 8 GB of available hard-disk space for installation; | Fast internal SSD for app installation and cache |

Source: https://helpx.adobe.com/premiere-pro/system-requirements.html

**Analyst comment**- Adobe Premiere Pro and Encore require minimum 8 GB hard disk space and 8 Gb RAM for its operations ("storage medium"). After installing the software's on computer system, user can access professional authoring functions and comprehensive authoring tools ("computer executable instructions") for producing menu-based projects in disc formats.

## US7574103 – Claim 67 as applied to Adobe Premiere Pro CC and Encore

67. A computing platform comprising a storage medium storing thereon computer executable instructions which when executed by the computing platform perform the steps of: <span style="color:red">defining a plurality of components, the components implicitly representing functional sections of audio-visual content with respect to one or more raw content objects for use in an audio-visual product,</span> and a plurality of transitions that represent movements between the plurality of components; automatically expanding the plurality of components and the plurality of transitions to automatically generate a set of explicitly realised AV assets and an expanded intermediate datastructure of nodes and links, including expanding a component of the plurality of components to automatically generate a plurality of nodes, and expanding a transition of the plurality of transitions to automatically generate a plurality of links, where each node is associated with an AV asset of the set, the links represent movement from one node to another and the intermediate datastructure represents a navigational structure of the audio-visual product; and creating the audio-visual product for a playback device in a predetermined output format, using the AV assets and the expanded intermediate datastructure of the nodes and the links, the created audio-visual product having a navigational structure corresponding to a structure represented by the intermediate datastructure.

**Project planning**
**Planning the content**
**About planning**
The first task of authoring the project is planning. <span style="color:red">This planning can be as minimal as deciding to use a template to organize your family's vacation photos and video,</span> or as robust as using project-management software to coordinate a production team creating an interactive kiosk.

<span style="color:red">Import assets and menus</span>
Assets can include any combination of the supported content types. You can use video and audio files for your program content or for motion and sound in menus.

**About menu templates**
<span style="color:red">The Library panel can include either standard menus or menu templates.</span> A menu is a Photoshop (PSD) file that includes a background and buttons. A menu template is an EM file that includes a Photoshop file. This file also includes the menu name and description, duration and loop settings, and references to background audio and video clips.

Source: https://helpx.adobe.com/pdf/encore_reference.pdf Page 22, 47 and 100 of 184



A Menu template including chapter points

Source: https://www.youtube.com/watch?v=rgi-fi_o2CQ at 1:25 of 6:21

**Chapter indexes into linked menus**

**About chapter indexes**
A chapter index is a series of linked submenus that contain buttons that link to all the chapters in a timeline or slide show. Many DVDs contain an option for selecting from a list of chapters or scenes. If your video includes more chapters than can fit in a single menu, it can be time-consuming to link all the submenus together. When you use the Create Chapter Index command, you can generate the chapter submenus automatically.

For example, if your timeline has 18 chapter points, you can create a menu with six chapter buttons. When you choose Create Chapter Index, Encore generates three submenus, each containing six chapter buttons that link to the appropriate chapter points. Other navigation buttons, such as Next and Previous, are also updated automatically.

Source: https://helpx.adobe.com/pdf/encore_reference.pdf Page 93 of 184

**Analyst comment-** Adobe Encore provides features that allow the user to create complex functionality on a DVD disc through a simple user interface. In such cases, the functionality in question corresponds to a "component" in the language of the patent claim, this "component" being a high level abstraction of DVD functionality that is tailored to the specific requirements of the user through the naming of one or more assets (the "raw content objects" in the language of the claim).

The example shown here is that of a complex menu system to provide access to content chapter points that are too numerous to include in a single menu page. Adobe Encore provides a chapter point ("component") whereby the user can specify the visual appearance of each menu page (referred to in its documentation as a 'template'), the inclusion of fields within that template that will become buttons in the ultimate menu(s) generated, plus a number of chapter points. Thus, the complex functionality associated with the creation of a complex menu subsystem (in this case for multi-screen chapter menus) represents a ("component"), where the "functional sections of audio visual content" correspond to the menu subsystem which reference the "one or more raw content objects" which correspond to the chapter menu template and the multiple chapter points.

## US7574103 – Claim 67 as applied to Adobe Premiere Pro CC and Encore

67. A computing platform comprising a storage medium storing thereon computer executable instructions which when executed by the computing platform perform the steps of:

defining a plurality of components, the components implicitly representing functional sections of audio-visual content with respect to one or more raw content objects for use in an audio-visual product, and a plurality of transitions that represent movements between the plurality of components;

automatically expanding the plurality of components and the plurality of transitions to automatically generate a set of explicitly realised AV assets and an expanded intermediate datastructure of nodes and links, including expanding a component of the plurality of components to automatically generate a plurality of nodes, and expanding a transition of the plurality of transitions to automatically generate a plurality of links, where each node is associated with an AV asset of the set, the links represent movement from one node to another and the intermediate datastructure represents a navigational structure of the audio-visual product; and

creating the audio-visual product for a playback device in a predetermined output format, using the AV assets and the expanded intermediate datastructure of the nodes and the links, the created audio-visual product having a navigational structure corresponding to a structure represented by the intermediate datastructure.



A Menu template including "plurality of transitions"

Source: https://www.youtube.com/watch?v=rgi-fi_o2CQ at 1:25 of 6:21

**You can link to a timeline from a menu.** The timeline shows you the duration of each asset and its placement in time relative to the other assets. You can mark specific locations in the feature by using chapter points, and position subtitles to match the video or still images.

**About chapter indexes**
A chapter index is a series of linked submenus that contain buttons that link to all the chapters in a timeline or slide show. Many DVDs contain an option for selecting from a list of chapters or scenes. If your video includes more chapters than can fit in a single menu, it can be time-consuming to link all the submenus together. When you use the Create Chapter Index command, you can generate the chapter submenus automatically.

For example, if your timeline has 18 chapter points, you can create a menu with six chapter buttons. When you choose Create Chapter Index, Encore generates three submenus, each containing six chapter buttons that link to the appropriate chapter points. **Other navigation buttons, such as Next and Previous, are also updated automatically.**



*Automatically generated submenus*

Source: https://helpx.adobe.com/pdf/encore_reference.pdf Page 93 of 184



Timeline including
multiple chapter points

Source: https://www.youtube.com/watch?v=rgi-fi_o2CQ at 0:55 and 0:25 of 6:21

**Video Transcript**: "take the very first button and link it to the timeline so that it has now linked the first button to the first chapter on this timeline then come up to menu create chapter index go and there you can see what it's done, is it's gone through and it's created four menus it's linked up all the chapters"



Source: https://www.youtube.com/watch?v=rqi-fi_o2CQ at 1:24 and 1:36 of 6:21

**Video Transcript**: "it's gone through and it's created four menus it's linked up all the chapters its renamed the ones that have actually got names chapter 2 chapter 3 chapter 4 and so on is rename them all to match the names on the timeline and it's linked to all the menus up"



Source: https://www.youtube.com/watch?v=rgi-fi_o2CQ at 1:39, 2:13 and 2:16 of 6:21

**Analyst comment:**  As seen in the above video snapshots, the functionality provided by this chapter menu ("component") will result in multiple menu pages being created, each one of which will include links to a subset of the supplied chapter points, and each menu page will incorporate 'previous' and 'next' buttons ("a plurality of transitions that represent movements between the plurality of components") so that the ultimate viewer of the DVD can navigate their way back and forth between these menu pages in order to select the chapter point of their choosing.

## US7574103 – Claim 67 as applied to Adobe Premiere Pro CC and Encore

67. A computing platform comprising a storage medium storing thereon computer executable instructions which when executed by the computing platform perform the steps of:

defining a plurality of components, the components implicitly representing functional sections of audio-visual content with respect to one or more raw content objects for use in an audio-visual product, and a plurality of transitions that represent movements between the plurality of components;

automatically expanding the plurality of components and the plurality of transitions to automatically generate a set of explicitly realised AV assets and an expanded intermediate datastructure of nodes and links, including expanding a component of the plurality of components to automatically generate a plurality of nodes, and expanding a transition of the plurality of transitions to automatically generate a plurality of links, where each node is associated with an AV asset of the set, the links represent movement from one node to another and the intermediate datastructure represents a navigational structure of the audio-visual product; and

creating the audio-visual product for a playback device in a predetermined output format, using the AV assets and the expanded intermediate datastructure of the nodes and the links, the created audio-visual product having a navigational structure corresponding to a structure represented by the intermediate datastructure.

**About chapter indexes**

A chapter index is a series of linked submenus that contain buttons that link to all the chapters in a timeline or slide show. Many DVDs contain an option for selecting from a list of chapters or scenes. If your video includes more chapters than can fit in a single menu, it can be time-consuming to link all the submenus together. When you use the Create Chapter Index command, you can generate the chapter submenus automatically.

For example, if your timeline has 18 chapter points, you can create a menu with six chapter buttons. When you choose Create Chapter Index, Encore generates three submenus, each containing six chapter buttons that link to the appropriate chapter points. Other navigation buttons, such as Next and Previous, are also updated automatically.

The Flowchart displays the content of the project graphically, in a tree structure, detailing the navigation between the different elements.

Source: https://helpx.adobe.com/pdf/encore_reference.pdf   page 93 and 22 of 184

**Use Flowchart to design DVD navigation**

As you add objects to your project in Adobe Encore DVD 2.0 and link them to other objects, they automatically appear in Flowchart. Objects are displayed as thumbnails for quick identification.

Objects in Flowchart are automatically arranged in a logical structure.

Source:
https://www.adobe.com/aboutadobe/pressroom/pressmaterials/pdfs/encoreDVD2_whats_new.pdf
page 2 and 3 of 7



*Automatically generated submenus*

Source: https://helpx.adobe.com/pdf/encore_reference.pdf page 93 of 184



Source: https://www.youtube.com/watch?v=rgi-fi_o2CQ at 1:39 of 6:21



The Flowchart panel

An exemplary intermediate data structure of nodes and links

Source: https://helpx.adobe.com/pdf/encore_reference.pdf Page 157 of 184

**Analyst comment –** As seen in text evidence and screenshots, above and in the preceding slides, once the author uses Create Chapter Index command: (1) three different menus automatically generated from one template; (2) the links to the chapter points and the text on the menus differ across the three menus; and (3) the inclusion of 'next' and 'previous' is applied automatically according to where in the sequence the menu occurs, and also the links attached to those buttons is different for each of the menus.

Encore automatically generates a subsystem of menus for chapter point selection (can be seen when Flowchart tab is enabled in Adobe Encore) linking the chapters.

## US7574103 – Claim 67 as applied to Adobe Premiere Pro CC and Encore

67. A computing platform comprising a storage medium storing thereon computer executable instructions which when executed by the computing platform perform the steps of:
defining a plurality of components, the components implicitly representing functional sections of audio-visual content with respect to one or more raw content objects for use in an audio-visual product, and a plurality of transitions that represent movements between the plurality of components;
automatically expanding the plurality of components and the plurality of transitions to automatically generate a set of explicitly realised AV assets and an expanded intermediate datastructure of nodes and links, including expanding a component of the plurality of components to automatically generate a plurality of nodes, and expanding a transition of the plurality of transitions to automatically generate a plurality of links, where each node is associated with an AV asset of the set, the links represent movement from one node to another and the intermediate datastructure represents a navigational structure of the audio-visual product; and
creating the audio-visual product for a playback device in a predetermined output format, using the AV assets and the expanded intermediate datastructure of the nodes and the links, the created audio-visual product having a navigational structure corresponding to a structure represented by the intermediate datastructure.

**About chapter indexes**

A chapter index is a series of linked submenus that contain buttons that link to all the chapters in a timeline or slide show. Many DVDs contain an option for selecting from a list of chapters or scenes. If your video includes more chapters than can fit in a single menu, it can be time-consuming to link all the submenus together. When you use the Create Chapter Index command, you can generate the chapter submenus automatically.

For example, if your timeline has 18 chapter points, you can create a menu with six chapter buttons. When you choose Create Chapter Index, Encore generates three submenus, each containing six chapter buttons that link to the appropriate chapter points. Other navigation buttons, such as Next and Previous, are also updated automatically.

Source: https://helpx.adobe.com/pdf/encore_reference.pdf  page 93 of 184



*Automatically generated submenus*

One of the pluralities of "nodes"

**Analyst comment-** As seen in the evidences above, the using Chapter Index, Encore automatically generates multiple sub-menus pages ("a plurality of nodes") linking all the chapters.

## US7574103 – Claim 67 as applied to Adobe Premiere Pro CC and Encore

67. A computing platform comprising a storage medium storing thereon computer executable instructions which when executed by the computing platform perform the steps of:
defining a plurality of components, the components implicitly representing functional sections of audio-visual content with respect to one or more raw content objects for use in an audio-visual product, and a plurality of transitions that represent movements between the plurality of components;
automatically expanding the plurality of components and the plurality of transitions to automatically generate a set of explicitly realised AV assets and an expanded intermediate datastructure of nodes and links, including expanding a component of the plurality of components to automatically generate a plurality of nodes, and expanding a transition of the plurality of transitions to automatically generate a plurality of links, where each node is associated with an AV asset of the set, the links represent movement from one node to another and the intermediate datastructure represents a navigational structure of the audio-visual product; and
creating the audio-visual product for a playback device in a predetermined output format, using the AV assets and the expanded intermediate datastructure of the nodes and the links, the created audio-visual product having a navigational structure corresponding to a structure represented by the intermediate datastructure.

**About chapter indexes**

A chapter index is a series of linked submenus that contain buttons that link to all the chapters in a timeline or slide show. Many DVDs contain an option for selecting from a list of chapters or scenes. If your video includes more chapters than can fit in a single menu, it can be time-consuming to link all the submenus together. When you use the Create Chapter Index command, you can generate the chapter submenus automatically.

For example, if your timeline has 18 chapter points, you can create a menu with six chapter buttons. When you choose Create Chapter Index, Encore generates three submenus, each containing six chapter buttons that link to the appropriate chapter points. Other navigation buttons, such as Next and Previous, are also updated automatically.



*Automatically generated submenus*

Source: https://helpx.adobe.com/pdf/encore_reference.pdf  page 157 of 184

**Analyst comment-** As seen in the evidence above, the multiple sub-menu pages ("nodes") are automatically linked using 'previous' and 'next' button thus, "expanding a transition of the plurality of the transitions to automatically generate a plurality of links". Using these buttons, the user can navigate between sub-menu pages.

## US7574103 – Claim 67 as applied to Adobe Premiere Pro CC and Encore

67. A computing platform comprising a storage medium storing thereon computer executable instructions which when executed by the computing platform perform the steps of:

defining a plurality of components, the components implicitly representing functional sections of audio-visual content with respect to one or more raw content objects for use in an audio-visual product, and a plurality of transitions that represent movements between the plurality of components;

automatically expanding the plurality of components and the plurality of transitions to automatically generate a set of explicitly realised AV assets and an expanded intermediate datastructure of nodes and links, including expanding a component of the plurality of components to automatically generate a plurality of nodes, and expanding a transition of the plurality of transitions to automatically generate a plurality of links, where each node is associated with an AV asset of the set, the links represent movement from one node to another and the intermediate datastructure represents a navigational structure of the audio-visual product; and

creating the audio-visual product for a playback device in a predetermined output format, using the AV assets and the expanded intermediate datastructure of the nodes and the links, the created audio-visual product having a navigational structure corresponding to a structure represented by the intermediate datastructure.



Source: https://helpx.adobe.com/pdf/encore_reference.pdf  page 157 of 184

**Use Flowchart to design DVD navigation**

Flowchart, another new feature in Adobe Encore DVD 2.0, offers a graphical view of your DVD menus, timelines, and playlists and the links between them. This view makes it easy for you to define, review, and adjust the most detailed DVD navigation schemes. Flowchart provides a schematic map that shows what viewers will experience when they play your DVD. The map depicts the disc in a tree structure, with the disc itself as the root.

Source:
https://www.adobe.com/aboutadobe/pressroom/pressmaterials/pdfs/encoreDVD2_whats_new.pdf
page 2 of 7

**Analyst comment-** Encore automatically generates a subsystem of menus for chapter point selection (can be seen when Flowchart tab is enabled in Adobe Encore) linking the chapters. The Flowchart represents the "intermediate data structure" which provides a schematic map that shows what viewers will experience when they play the DVD.

## US7574103 – Claim 67 as applied to Adobe Premiere Pro CC and Encore

67. A computing platform comprising a storage medium storing thereon computer executable instructions which when executed by the computing platform perform the steps of:
defining a plurality of components, the components implicitly representing functional sections of audio-visual content with respect to one or more raw content objects for use in an audio-visual product, and a plurality of transitions that represent movements between the plurality of components;
automatically expanding the plurality of components and the plurality of transitions to automatically generate a set of explicitly output AV assets and an expanded intermediate datastructure of nodes and links, including expanding a component of the plurality of components to automatically generate a plurality of nodes, and expanding a transition of the plurality of transitions to automatically generate a plurality of links, where each node is associated with an AV asset of the set, the links represent movement from one node to another and the intermediate datastructure represents a navigational structure of the audio-visual product; and
creating the audio-visual product for a playback device in a predetermined output format, using the AV assets and the expanded intermediate datastructure of the nodes and the links, the created audio-visual product having a navigational structure corresponding to a structure represented by the intermediate datastructure.

**Burn the disc**
You can build and burn the DVD or Blu-ray disc directly from Encore. Or, if you plan to use a replication facility, you can write to a DLT drive, prepare a folder, or create a DVD or Blu-ray image to give to the replicator. For information, see Build a DVD or Blu-ray disc.

**Building the finished project**
Build a DVD or Blu-ray disc
After you complete, preview, and set transcoding options for your project, you can burn it to a disc or build to an image ready for burning or replication. You can build the same project to DVD and Blu-ray formats no matter which format you select in the New Project or Project Settings dialog box. Encore makes the appropriate adjustments to transcode the elements to the correct format.

Source: https://helpx.adobe.com/pdf/encore_reference.pdf Page 18 and 165 of 184



Source: https://www.youtube.com/watch?v=rgi-fi_o2CQ at 2:04 of 6:21

**Analyst comment-** Adobe Encore allows the user to build and burn the project into DVD discs, Encore automatically transcodes the elements to the DVD format. A seen in the evidence, the expanded Menu is finally converted into a distributable format i.e., burned on a disc which can be played on a DVD Player ("playback device").

## US7574103 – Claim 68 as applied to Adobe Premiere Pro CC and Encore

68. A computing platform comprising a storage medium storing thereon computer executable instructions which when executed by the computing platform perform the steps of:
creating a plurality of components representing parameterised sections of audiovisual content of a DVD-Video format datastructure, and a plurality of transitions representing movements between components;
automatically expanding the plurality of components and the plurality of transitions to automatically generate a set of AV assets and an expanded datastructure of nodes and links, including expanding a component of the plurality of components to automatically generate a plurality of nodes, and expanding a transition of the plurality of transitions to automatically generate a plurality of links, where each node is associated with an AV asset of the set, the links represent movement from one node to another and the expanded datastructure represents a navigational structure of the DVD-Video format datastructure; and
creating the DVD-Video format datastructure from the AV assets for a playback device, using the node sand links, the created DVD-video format datastructure having a navigational structure corresponding to a structure represented by the expanded datastructure.

**Working with Encore and Premiere Pro**
Using Adobe Encore CS6 and Adobe Premiere Pro, you can burn a single sequence to DVD or Blu-ray Disc. You can burn each sequence in your project to a separate DVD or Blu-ray Disc. First, add all the content you want to include on a disc into a sequence. After you edit the sequence, perform the following tasks:
Note: To use Encore CS6 with Premiere Pro CC, see the following resources:
• Installing Premiere Pro CC and Encore CS6
• Using Encore CS6 with Premiere Pro CC
• Encore CS6 not installed with Creative Cloud

Source: https://helpx.adobe.com/pdf/premiere_pro_reference.pdf Page 142 of 628

**Premiere Pro system requirements**
The recommended system specifications below are the best choice for users. Your system must meet minimum specifications to run Premiere Pro.

|  | Minimum Specifications | Recommended Specifications |
|---|---|---|
| RAM | 8 GB of RAM | 16 GB of RAM for HD media<br>32 GB for 4K media or higher |
| Hard disk space | 8 GB of available hard-disk space for installation; | Fast internal SSD for app installation and cache |

Source: https://helpx.adobe.com/premiere-pro/system-requirements.html

**Analyst comment-** Adobe Premiere Pro and Encore require minimum 8 GB hard disk space and 8 Gb RAM for its operations ("storage medium"). After installing the software's on computer system, user can access professional authoring functions and comprehensive authoring tools ("computer executable instructions") for producing menu-based projects in disc formats.

## US7574103 – Claim 68 as applied to Adobe Premiere Pro CC and Encore

68. A computing platform comprising a storage medium storing thereon computer executable instructions which when executed by the computing platform perform the steps of:
<span style="color:red">creating a plurality of components representing parameterised sections of audiovisual content of a DVD-Video format datastructure,</span> and a plurality of transitions representing movements between components;
automatically expanding the plurality of components and the plurality of transitions to automatically generate a set of AV assets and an expanded datastructure of nodes and links, including expanding a component of the plurality of components to automatically generate a plurality of nodes, and expanding a transition of the plurality of transitions to automatically generate a plurality of links, where each node is associated with an AV asset of the set, the links represent movement from one node to another and the expanded datastructure represents a navigational structure of the DVD-Video format datastructure; and
creating the DVD-Video format datastructure from the AV assets for a playback device, using the node sand links, the created DVD-video format datastructure having a navigational structure corresponding to a structure represented by the expanded datastructure.

**Project planning**
**Planning the content**
**About planning**
The first task of authoring the project is planning. <span style="color:red">This planning can be as minimal as deciding to use a template to organize your family's vacation photos and video,</span> or as robust as using project-management software to coordinate a production team creating an interactive kiosk.

<span style="color:red">**Import assets and menus**</span>

Assets can include any combination of the supported content types. You can use video and audio files for your program content or for motion and sound in menus.

**About menu templates**
<span style="color:red">The Library panel can include either standard menus or menu templates.</span> A menu is a Photoshop (PSD) file that includes a background and buttons. A menu template is an EM file that includes a Photoshop file. This file also includes the menu name and description, duration and loop settings, and references to background audio and video clips.

Source: https://helpx.adobe.com/pdf/encore_reference.pdf Page 22, 47 and 100 of 184



A Menu template including chapter points

Source: https://www.youtube.com/watch?v=rgi-fi_o2CQ at 1:25 of 6:21

**Chapter indexes into linked menus**

**About chapter indexes**
A chapter index is a series of linked submenus that contain buttons that link to all the chapters in a timeline or slide show. Many DVDs contain an option for selecting from a list of chapters or scenes. If your video includes more chapters than can fit in a single menu, it can be time-consuming to link all the submenus together. When you use the Create Chapter Index command, you can generate the chapter submenus automatically.
For example, if your timeline has 18 chapter points, you can create a menu with six chapter buttons. When you choose Create Chapter Index, Encore generates three submenus, each containing six chapter buttons that link to the appropriate chapter points. Other navigation buttons, such as Next and Previous, are also updated automatically.

**Create a chapter index menu**
A chapter index menu contains chapter buttons as well as navigation buttons to take the viewer through the menus that make up the chapter index. The key to creating a chapter index menu is assigning the appropriate button types to the buttons. The button types identify the buttons so Encore can link them correctly when generating the index. For example, Encore links chapter buttons to chapter points, but leaves normal buttons unchanged.

**Create a chapter index**
1. Open the chapter index menu.
2. Make sure that at least one of the chapter buttons is linked to the timeline containing the chapter points.
3. Choose Menu > Create Chapter Index. The chapter buttons are linked to the chapter points. If there are more chapter points than buttons, additional submenus are created.
4. Open each submenu in the Menu Viewer, and check the links and button names. Edit the button text and button properties as necessary.

Source: https://helpx.adobe.com/pdf/encore_reference.pdf Page 93 and 94of 184

**Analyst comment-** Adobe Encore provides features that allow the user to create complex functionality on a DVD disc through a simple user interface. In such cases, the functionality in question corresponds to a "component" in the language of the patent claim, this "component" being a high level abstraction of DVD functionality that is tailored to the specific requirements of the user through the naming of one or more assets (the "raw content objects" in the language of the claim).

The example shown here is that of a complex menu system to provide access to content chapter points that are too numerous to include in a single menu page. Adobe Encore provides a chapter point ("component") whereby the user can specify the visual appearance of each menu page (referred to in its documentation as a 'template'). User can also create a chapter index menu by opening each submenu in 'Menu Viewer' and modifying/editing properties of the chapter points, such as text or properties ("creating a plurality of components"). The inclusion of fields within that template that will become buttons in the ultimate menu(s) generated, plus a number of chapter points.  Thus, the complex functionality associated with the creation of a complex menu subsystem (in this case for multi-screen chapter menus) represents a "component" and "parameterised sections of audiovisual content" correspond to the menu subsystem.

## US7574103 – Claim 68 as applied to Adobe Premiere Pro CC and Encore

68. A computing platform comprising a storage medium storing thereon computer executable instructions which when executed by the computing platform perform the steps of:
creating a plurality of components representing parameterised sections of audiovisual content of a DVD-Video format datastructure, and a plurality of transitions representing movements between components;
automatically expanding the plurality of components and the plurality of transitions to automatically generate a set of AV assets and an expanded datastructure of nodes and links, including expanding a component of the plurality of components to automatically generate a plurality of nodes, and expanding a transition of the plurality of transitions to automatically generate a plurality of links, where each node is associated with an AV asset of the set, the links represent movement from one node to another and the expanded datastructure represents a navigational structure of the DVD-Video format datastructure; and
creating the DVD-Video format datastructure from the AV assets for a playback device, using the node sand links, the created DVD-video format datastructure having a navigational structure corresponding to a structure represented by the expanded datastructure.



A Menu template including "plurality of transitions"

Source: https://www.youtube.com/watch?v=rgi-fi_o2CQ at 1:25 of 6:21

**You can link to a timeline from a menu.** The timeline shows you the duration of each asset and its placement in time relative to the other assets. You can mark specific locations in the feature by using chapter points, and position subtitles to match the video or still images.

**About chapter indexes**
A chapter index is a series of linked submenus that contain buttons that link to all the chapters in a timeline or slide show. Many DVDs contain an option for selecting from a list of chapters or scenes. If your video includes more chapters than can fit in a single menu, it can be time-consuming to link all the submenus together. When you use the Create Chapter Index command, you can generate the chapter submenus automatically.

For example, if your timeline has 18 chapter points, you can create a menu with six chapter buttons. When you choose Create Chapter Index, Encore generates three submenus, each containing six chapter buttons that link to the appropriate chapter points. **Other navigation buttons, such as Next and Previous, are also updated automatically.**



*Automatically generated submenus*

Source: https://helpx.adobe.com/pdf/encore_reference.pdf Page 93 of 184

A Menu Template



Source: https://www.youtube.com/watch?v=rgi-fi_o2CQ at 0:55 and 0:25 of 6:21

**Video Transcript**: "take the very first button and link it to the timeline so that it has now linked the first button to the first chapter on this timeline then come up to menu create chapter index go and there you can see what it's done, is it's gone through and it's created four menus it's linked up all the chapters"



Source: https://www.youtube.com/watch?v=rgi-fi_o2CQ at 1:24 and 1:36 of 6:21

**Video Transcript**: "it's gone through and it's created four menus it's linked up all the chapters its renamed the ones that have actually got names chapter 2 chapter 3 chapter 4 and so on is rename them all to match the names on the timeline and it's linked to all the menus up"

 

Source: https://www.youtube.com/watch?v=rgi-fi_o2CQ at 1:39, 2:13 and 2:16 of 6:21

**Create a chapter index menu**

A chapter index menu contains chapter buttons as well as navigation buttons to take the viewer through the menus that make up the chapter index. The key to creating a chapter index menu is assigning the appropriate button types to the buttons. The button types identify the buttons so Encore can link them correctly when generating the index. For example, Encore links chapter buttons to chapter points, but leaves normal buttons unchanged.

Add the necessary navigation buttons, such as Main Menu, Next, and Previous, to the menu. The Next and Previous buttons are linked automatically when the index chapters are generated. The Next and Previous buttons are hidden on the last and first submenus, respectively. If you do not include Next and Previous buttons on a menu that results in multiple submenus, Next and Previous buttons are created automatically. You can later change the appearance of these buttons.

Source: https://helpx.adobe.com/pdf/encore_reference.pdf Page 94of 184

**Analyst comment:** As per above screenshots, the functionality provided by this chapter menu ("component") will result in multiple menu pages being created, each one of which will include links to a subset of the supplied chapter points, and each menu page will incorporate 'previous' and 'next' buttons (" a plurality of transitions representing movements between components") so that the ultimate viewer of the DVD can navigate their way back and forth between these menu pages in order to select the chapter point of their choosing. User can also create a chapter index menu and modify/edit appearance of the navigation buttons, such as adding or properties ("creating…a plurality of transitions").

## US7574103 – Claim 68 as applied to Adobe Premiere Pro CC and Encore

68. A computing platform comprising a storage medium storing thereon computer executable instructions which when executed by the computing platform perform the steps of:
creating a plurality of components representing parameterised sections of audiovisual content of a DVD-Video format datastructure, and a plurality of transitions representing movements between components;
automatically expanding the plurality of components and the plurality of transitions to automatically generate a set of AV assets and an expanded datastructure of nodes and links, including expanding a component of the plurality of components to automatically generate a plurality of nodes, and expanding a transition of the plurality of transitions to automatically generate a plurality of links, where each node is associated with an AV asset of the set, the links represent movement from one node to another and the expanded datastructure represents a navigational structure of the DVD-Video format datastructure; and
creating the DVD-Video format datastructure from the AV assets for a playback device, using the node sand links, the created DVD-video format datastructure having a navigational structure corresponding to a structure represented by the expanded datastructure.

**About chapter indexes**
A chapter index is a series of linked submenus that contain buttons that link to all the chapters in a timeline or slide show. Many DVDs contain an option for selecting from a list of chapters or scenes. If your video includes more chapters than can fit in a single menu, it can be time-consuming to link all the submenus together. When you use the Create Chapter Index command, you can generate the chapter submenus automatically.

For example, if your timeline has 18 chapter points, you can create a menu with six chapter buttons. When you choose Create Chapter Index, Encore generates three submenus, each containing six chapter buttons that link to the appropriate chapter points. Other navigation buttons, such as Next and Previous, are also updated automatically.

The Flowchart displays the content of the project graphically, in a tree structure, detailing the navigation between the different elements.

Source: https://helpx.adobe.com/pdf/encore_reference.pdf  page 93 and 22 of 184

**Use Flowchart to design DVD navigation**
As you add objects to your project in Adobe Encore DVD 2.0 and link them to other objects, they automatically appear in Flowchart. Objects are displayed as thumbnails for quick identification.

Objects in Flowchart are automatically arranged in a logical structure.

Source:
https://www.adobe.com/aboutadobe/pressroom/pressmaterials/pdfs/encoreDVD2_whats_new.pdf
page 2 and 3 of 7



Source: https://helpx.adobe.com/pdf/encore_reference.pdf  page 93 of 184



Source: https://www.youtube.com/watch?v=rgi-fi_o2CQ at 1:39 of 6:21



The Flowchart panel

An exemplary data structure of nodes and links

Source: https://helpx.adobe.com/pdf/encore_reference.pdf Page 157 of 184

**Analyst comment –** As seen in above evidence and preceding slides, once the author uses Create Chapter Index command: (1) three different menus automatically generated from one template; (2) the links to the chapter points and the text on the menus differ across the three menus; and (3) the inclusion of 'next' and 'previous' is applied automatically according to where in the sequence the menu occurs, and also the links attached to those buttons is different for each of the menus.
Encore automatically generates a subsystem of menus for chapter point selection (can be seen when Flowchart tab is enabled in Adobe Encore) linking the chapters.

## US7574103 – Claim 68 as applied to Adobe Premiere Pro CC and Encore

68. A computing platform comprising a storage medium storing thereon computer executable instructions which when executed by the computing platform perform the steps of:
creating a plurality of components representing parameterised sections of audiovisual content of a DVD-Video format datastructure, and a plurality of transitions representing movements between components;
automatically expanding the plurality of components and the plurality of transitions to automatically generate a set of AV assets and an expanded datastructure of nodes and links, including expanding a component of the plurality of components to automatically generate a plurality of nodes, and expanding a transition of the plurality of transitions to automatically generate a plurality of links, where each node is associated with an AV asset of the set, the links represent movement from one node to another and the expanded datastructure represents a navigational structure of the DVD-Video format datastructure; and
creating the DVD-Video format datastructure from the AV assets for a playback device, using the node sand links, the created DVD-video format datastructure having a navigational structure corresponding to a structure represented by the expanded datastructure.

**About chapter indexes**

A chapter index is a series of linked submenus that contain buttons that link to all the chapters in a timeline or slide show. Many DVDs contain an option for selecting from a list of chapters or scenes. If your video includes more chapters than can fit in a single menu, it can be time-consuming to link all the submenus together. When you use the Create Chapter Index command, you can generate the chapter submenus automatically.

For example, if your timeline has 18 chapter points, you can create a menu with six chapter buttons. When you choose Create Chapter Index, Encore generates three submenus, each containing six chapter buttons that link to the appropriate chapter points. Other navigation buttons, such as Next and Previous, are also updated automatically.

Source: https://helpx.adobe.com/pdf/encore_reference.pdf   page 93 of 184



*Automatically generated submenus*

One of the pluralities of "nodes"

**Analyst comment-** As per evidence above, the using Chapter Index, Encore automatically generates multiple sub-menus pages ("a plurality of nodes") linking all the chapters.

## US7574103 – Claim 68 as applied to Adobe Premiere Pro CC and Encore

68. A computing platform comprising a storage medium storing thereon computer executable instructions which when executed by the computing platform perform the steps of:

creating a plurality of components representing parameterised sections of audiovisual content of a DVD-Video format datastructure, and a plurality of transitions representing movements between components;

automatically expanding the plurality of components and the plurality of transitions to automatically generate a set of AV assets and an expanded datastructure of nodes and links, including expanding a component of the plurality of components to automatically generate a plurality of nodes, and expanding a transition of the plurality of transitions to automatically generate a plurality of links, where each node is associated with an AV asset of the set, the links represent movement from one node to another and the expanded datastructure represents a navigational structure of the DVD-Video format datastructure; and

creating the DVD-Video format datastructure from the AV assets for a playback device, using the node sand links, the created DVD-video format datastructure having a navigational structure corresponding to a structure represented by the expanded datastructure.

**About chapter indexes**

A chapter index is a series of linked submenus that contain buttons that link to all the chapters in a timeline or slide show. Many DVDs contain an option for selecting from a list of chapters or scenes. If your video includes more chapters than can fit in a single menu, it can be time-consuming to link all the submenus together. When you use the Create Chapter Index command, you can generate the chapter submenus automatically.

For example, if your timeline has 18 chapter points, you can create a menu with six chapter buttons. When you choose Create Chapter Index, Encore generates three submenus, each containing six chapter buttons that link to the appropriate chapter points. Other navigation buttons, such as Next and Previous, are also updated automatically.



*Automatically generated submenus*

Source: https://helpx.adobe.com/pdf/encore_reference.pdf  page 157 of 184

**Analyst comment-** As per evidence above, the multiple sub-menu pages ("nodes") are automatically linked using 'previous' and 'next' button thus, "expanding a transition of the plurality of the transitions to automatically generate a plurality of links". Using these buttons, the user can navigate between sub-menu pages.

## US7574103 – Claim 68 as applied to Adobe Premiere Pro CC and Encore

68. A computing platform comprising a storage medium storing thereon computer executable instructions which when executed by the computing platform perform the steps of:

creating a plurality of components representing parameterised sections of audiovisual content of a DVD-Video format datastructure, and a plurality of transitions representing movements between components;

automatically expanding the plurality of components and the plurality of transitions to automatically generate a set of AV assets and an expanded datastructure of nodes and links, including expanding a component of the plurality of components to automatically generate a plurality of nodes, and expanding a transition of the plurality of transitions to automatically generate a plurality of links, where each node is associated with an AV asset of the set, the links represent movement from one node to another and the expanded datastructure represents a navigational structure of the DVD-Video format datastructure; and

creating the DVD-Video format datastructure from the AV assets for a playback device, using the node sand links, the created DVD-video format datastructure having a navigational structure corresponding to a structure represented by the expanded datastructure.



Source: https://helpx.adobe.com/pdf/encore_reference.pdf  page 157 of 184

**Use Flowchart to design DVD navigation**

Flowchart, another new feature in Adobe Encore DVD 2.0, offers a graphical view of your DVD menus, timelines, and playlists and the links between them. This view makes it easy for you to define, review, and adjust the most detailed DVD navigation schemes. Flowchart provides a schematic map that shows what viewers will experience when they play your DVD. The map depicts the disc in a tree structure, with the disc itself as the root.

Source:
https://www.adobe.com/aboutadobe/pressroom/pressmaterials/pdfs/encoreDVD2_whats_new.pdf
page 2 of 7

**Analyst comment-** Encore automatically generates a subsystem of menus for chapter point selection (can be seen when Flowchart tab is enabled in Adobe Encore) linking the chapters. The Flowchart represents the "DVD-Video format datastructure" which provides a schematic map that shows what viewers will experience when they play the DVD.

## US7574103 – Claim 68 as applied to Adobe Premiere Pro CC and Encore

68. A computing platform comprising a storage medium storing thereon computer executable instructions which when executed by the computing platform perform the steps of:

creating a plurality of components representing parameterised sections of audiovisual content of a DVD-Video format datastructure, and a plurality of transitions representing movements between components;

automatically expanding the plurality of components and the plurality of transitions to automatically generate a set of AV assets and an expanded datastructure of nodes and links, including expanding a component of the plurality of components to automatically generate a plurality of nodes, and expanding a transition of the plurality of transitions to automatically generate a plurality of links, where each node is associated with an AV asset of the set, the links represent movement from one node to another and the expanded datastructure represents a navigational structure of the DVD-Video format datastructure; and

creating the DVD-Video format datastructure from the AV assets for a playback device, using the node sand links, the created DVD-video format datastructure having a navigational structure corresponding to a structure represented by the expanded datastructure.

**Burn the disc**

You can build and burn the DVD or Blu-ray disc directly from Encore. Or, if you plan to use a replication facility, you can write to a DLT drive, prepare a folder, or create a DVD or Blu-ray image to give to the replicator. For information, see Build a DVD or Blu-ray disc.

**Building the finished project**

Build a DVD or Blu-ray disc

After you complete, preview, and set transcoding options for your project, you can burn it to a disc or build to an image ready for burning or replication. You can build the same project to DVD and Blu-ray formats no matter which format you select in the New Project or Project Settings dialog box. Encore makes the appropriate adjustments to transcode the elements to the correct format.

Source: https://helpx.adobe.com/pdf/encore_reference.pdf Page 18 and 165 of 184



Source: https://www.youtube.com/watch?v=rgi-fi_o2CQ at 2:04 of 6:21

**Analyst comment-** Adobe Encore allows the user to build and burn the project into DVD discs, Encore automatically transcodes the elements to the DVD format. A seen in the evidence, the expanded Menu is finally converted into a distributable format i.e., burned on a disc which can be played on a DVD Player ("playback device").